to but one policy, while in the other, which involved two policies, both were referred to.

The two actions are identical in principle and the same judgment should be pronounced in each. Accordingly, we affirm the order appealed from, with costs, answer the first question in the affirmative and the second in the negative.

GRAY, BARTLETT and WERNER, JJ., concur; PARKER, Ch. J., O'BRIEN and HAIGHT, JJ., dissent.

Order affirmed.

---

EDWARD H. LITCHFIELD, Appellant, *v.* GEORGE W. SISSON et al., Respondents.

*Litchfield* v. *Sisson*, 8] App. Div. 641, affirmed.
(Argued May 3, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 1, 1903, affirming a judgment in, favor of defendants entered upon the report of a referee.

*Hamilton Wallis* for appellant.

*Jotham P. Allds* and *Frank L. Bell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Not voting: VANN, J.

---

NELSON HOLLAND et al., Respondents, *v.* GEORGE W. EDDY et al., Appellants.

*Holland* v. *Eddy*, 79 App. Div. 644, affirmed.
(Argued May 9, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1903, affirming a judgment in favor of plaintiffs

entered upon a verdict and an order denying a motion for a new trial.

*John G. Milburn* and *S. E. Filkins* for appellants.

*Adelbert Moot* and *William L. Marcy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MICHAEL AGLE, Respondent, *v.* POSTAL TELEGRAPH-CABLE COMPANY, Appellant.

*Agle* v. *Postal Telegraph-Cable Co.*, 84 App. Div. 632, affirmed.
(Argued May 9, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Adelbert Moot* and *William W. Cook* for appellant.

*Arthur E. Clark* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

FRANK X. GERSTNER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Gerstner* v. *N. Y. C. & H. R. R. R. Co.*, 81 App. Div. 562, affirmed.
(Argued May 9, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 11, 1903, which reversed a judgment in favor of plain-